THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-mj-01088-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. MOCK, | ) | ORDER |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has requested restitution be ordered in the amount of $19,350.90 to Marine Corps Air Station Cherry Point, pursuant to 18 U.S.C. § 3663. Defendant did not respond, and the time to do so has expired. The motion is allowed, and the clerk is directed to enter an amended judgment to include $19,350.90 in restitution.

So ordered, this 20 day of April, 2026.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE